AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HAGERMAN, | Case No. 2:23-cv-01582-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| CULINARY WORKER, et al., | |
| Defendants. | |

Plaintiff, Mark Hagerman, pro se, and Defendants, Culinary Worker, Anthony Quilman, Culinary Sgt., and Associate Warden, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 31st day of July, 2024.

By: _____
MARK HAGERMAN #1093533
Plaintiff, Pro Se

**IT IS SO ORDERED**

DATED this 31st day of July, 2024.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone Jr.*
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

_____
US District Judge
DATED: August 20, 2024